UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN ADIEL AMAYA-CARTAGENA, | CASE NO. C18-0878-JCC |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is adopted and approved;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DISMISSED, with prejudice; and

(3) The Clerk is directed to send copies of this order to Petitioner and to the Honorable Mary Alice Theiler.

//

//

//

//

DATED this 17th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0878-JCC
PAGE - 2